IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LORIANN ANDERSON, KERRIN FISCUS, KENNETH HILL, RENE LAYTON, MICHAEL MILLER, BERNARD PERKINS, DENNIS RICHEY, KATHIE SIMMONS, KENT WILES, and MELINDA WILTSE, as individuals and representatives of the respective requested classes, | Case No. 3:18-cv-02013-HZ **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) LOCAL 503, OREGON PUBLIC EMPLOYEES UNION (OPEU); OREGON AFSCME COUNCIL 75, labor organizations; KATY COBA, in her official capacity as Director of the Oregon Department of Administrative Services; JACKSON COUNTY, LANE COUNTY, MARION COUNTY, WALLOWA COUNTY, CITY OF PORTLAND, political subdivisions of the State of Oregon; WESTERN OREGON UNIVERSITY, a public higher educational institution; NORTHWEST SENIOR & DISABILITY SERVICES, a local intergovernmental agency, | |
| Defendants. | |

_____

Pursuant to the Court's September 4, 2019 Opinion & Order (Doc. 82),

IT IS HEREBY ADJUDGED that Plaintiffs' claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendants Service Employees International Union (SEIU) Local 503, Oregon Public Employees Union (OPEU), Oregon AFSCME Council 75, Katy Coba, Jackson County, Lane County, Marion County, Wallowa County, City of Portland, Western Oregon University, and Northwest Senior & Disability Services, and against Plaintiffs Loriann Anderson, Kerrin Fiscus, Kenneth Hill, Rene Layton, Michael Miller, Bernard Perkins, Dennis Richey, Kathie Simmons, Kent Wiles, and Melinda Wiltse.

Dated this \_\_7\_\_ day of \_\_\_\_Oct_____, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge